IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LAURA ANNETTE ZOLLAR, | |
| Plaintiff, | Case No.: 1:24-cv-03959 |
| v. | Judge John Robert Blakey |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Magistrate Judge Beth W. Jantz |
| Defendants. | |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 153 | HLSOHJP |
| 131 | LUCKY QI |
| 97 | yichunshizhimumeishangmaoyouxiangongsi |
| 128 | Tapesb |
| 10 | Activeaction |
| 40 | EMPOROYA |
| 42 | TengZhiZe |
| 83 | JNHIJH |
| 195 | Supreall |
| 203 | Runningsong |
| 207 | Guilini |
| 115 | Langxingxi Co. ltd |
| 90 | GUCGUSY |
| 12 | UWLIFE |
| 38 | seulife |
| 49 | OSAM SPACE |
| 81 | JMbuild |
| 56 | junnishangmao |
| 58 | Gigimnk |
| 197 | The Ragdolls throw pillow |

| | |
|---|---|
| 66 | Little Bird fly fast Department Store |
| 194 | Fuying Trade |
| 16 | WuXM |
| 126 | Samickarr |
| 129 | Preventy |
| 7 | Chamberlain Home Customization |
| 191 | YUNHONG TOWLE |
| 17 | Babbage bad |
| 61 | Coddle HSY |
| 45 | three four |
| 55 | JIMUKEJI |
| 1 | Delerain |
| 26 | Decaistore |
| 98 | Colored Flag |
| 28 | CHIFIGNO |

DATED: June 20, 2024

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on June 20, 2024 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt