IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LAURA ANNETTE ZOLLAR, | |
| Plaintiff, | Case No.: 1:24-cv-03959 |
| v. | Judge John Robert Blakey |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Magistrate Judge Beth W. Jantz |
| Defendants. | |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 117 | Josdec |
| 118 | FH Store |
| 119 | TLOOWY |
| 120 | Timegard Online Shop |
| 121 | PATLOLLAV |
| 122 | SRstrat Co.Ltd |
| 123 | Sokhug |
| 124 | Lopecy-Sta |
| 136 | Puntoco Clearance |
| 137 | LYXSSBYX |
| 138 | Oalirro |
| 139 | Jacenvly |
| 140 | HOMBOM Cloth |
| 135 | JSTEL |
| 46 | Baiys |
| 110 | MianYangZhiDiXiaShangMaoYouXianGongSi |

DATED:  June 26, 2024            Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## **CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on June 26, 2024 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                */s/ Keith A. Vogt*
                Keith A. Vogt